```
KYLE R. KNAPP (SBN 166597)
ATTORNEY AT LAW
1120 D Street, Suite 100
Sacramento, CA. 95814
Tel. (916) 441-4717
Fax (916) 441-4299
E-Mail: kyleknapp@sbcglobal.net

Attorney for Defendant
JOSE CASTELLON
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>OMAR VERA,<br>JOSE MORALES CASTELLON,<br>JOSE ANAYA,<br>EDUARDO REYES.<br><br>    Defendants. | No. 13-CR-0053-MCE<br><br>STIPULATION AND<br>ORDER CONTINUING CASE AND<br>EXCLUDING TIME<br><br>Date:  July 18 2013<br>Time:  9:00am.<br>Judge: Honorable Morrison C. England |

IT IS HEREBY stipulated between the United States of America through its undersigned counsel, Jason Hitt, Assistant United States Attorney, attorney for plaintiff, together with Assistant Federal Defender Michael Petrik, Jr., attorney for defendant Omar Vera, Kyle Knapp, attorney for defendant Jose Morales Castellon, Michael Hansen, attorney for Jose Anaya and Ronald Peters, attorney for defendant Eduardo Reyes that the previously-scheduled status conference, currently set for July 18, 2013, be vacated and that the matter be set for status conference on September 12, 2013 at 9:00 a.m.

1

Counsel have conferred and this continuance is requested to allow defense counsel additional time to review the twelve Cd's of discovery in this matter, met with our clients, investigate possible defenses and to continue exploring the facts of this case.

IT IS FURTHER STIPULATED that the ends of justice served by the granting of such a continuance outweigh the best interests of the public and the defendant in a speedy trial and that time within which the trial of this case must be commenced under the Speedy Trial Act should therefore be excluded under 18 U.S.C. Section 3161(h)(7)(B)(iv), corresponding to Local Code T-4 (to allow defense counsel time to prepare) from the date of the parties' stipulation, July 16, 2013 up to and including September 12, 2013.

IT IS SO STIPULATED.

Dated: July 16, 2013     BENJAMIN B. WAGNER
                         UNITED STATES ATTORNEY

                    by:  /s/ Jason Hitts
                         JASON HITT
                         Assistant U.S. Attorney
                         Attorney for Plaintiff

Dated: July 16, 2013     /s/ Kyle Knapp
                         KYLE KNAPP
                         Attorney for Defendant
                         JOSE MORALES CASTELLON

Dated: July 16, 2013     /s/ Michael Petrik, Jr.
                         MICHAEL PETRIK, JR.
                         Assistant Federal Defender
                         Attorney for Defendant
                         OMAR VERA

Dated: July 16, 2013     /s/ Michael Hansen
                         MICHAEL HANSEN
                         Attorney for Defendant
                         JOSE ANAYA

Dated: July 16, 2013     /s/ Ronald Peters
                         RONALD PETERS
                         Attorney for Defendant
                         EDUARDO REYES

**ORDER**

The Stipulation of the parties is hereby accepted and the requested continuance is GRANTED. The status conference currently scheduled for July 18, 2013 is hereby vacated and **continued to September 12, 2013 at 9:00am** in Courtroom 7.

Based on the representations of the parties, the Court finds that the ends of justice served by granting this continuance outweigh the interests of the public and the defendant in a speedy trial. Time is excluded from the time of the filing of this stipulation on July 16, 2013 through and including September 12, 2013.

**IT IS SO ORDERED**.

Dated: July 23, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT