HEATHER E. WILLIAMS, #122664
Federal Defender
MICHAEL PETRIK, Jr., #177913
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 13-53 MCE |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE TO NOVEMBER 14, 2013, AT 9:00 A.M. |
| v. | |
| OMAR VERA, JOSE MORALES CASTELLON, JOSE ANAYA, EDUARDO REYES, | Date: October 10, 2013<br>Time: 9:00 a.m.<br>Judge: Honorable Morrison C. England, Jr. |
| Defendant. | |

The parties stipulate, through respective counsel, that the Court should continue the status conference set for October 10, 2013, at 9:00 a.m., to November 14, 2013, at 9:00 a.m.

Defense counsel require the continuance to consult with their clients about discovery, and to conduct investigation. Defense counsel also require further time to meet and consult with each other.

Counsel and the defendants agree that the Court should exclude the time from October 10, 2013, through November 14, 2013, when it computes the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7), and Local Code T4.

///

///

///

-1-

Counsel and the defendants also agree that the ends of justice served by the Court granting this continuance outweigh the best interests of the public and the defendants in a speedy trial.

DATED: October 8, 2013   HEATHER E. WILLIAMS
Federal Defender

/s/ M.Petrik_____
MICHAEL PETRIK, Jr.
Assistant Federal Defender
Attorneys for Mr. Vera

DATED: October 8, 2013

/s/ M.Petrik for_____
KYLE RODGER KNAPP
Attorney for Mr. Castellon

DATED: October 8, 2013

/s/ M.Petrik for_____
MICHAEL E. HANSEN
Attorney for Mr. Anaya

DATED: October 8, 2013

/s/ M.Petrik for_____
RONALD JAMES PETERS
Attorney for Mr. Reyes

DATED: October 8, 2013   BENJAMIN B. WAGNER
United States Attorney

/s/ M.Petrik for_____
JASON HITT
Assistant U.S. Attorney

**O R D E R**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing, adopts the stipulation in its entirety as its order. The Court specifically finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice served by granting the continuance outweigh the best interests of the public and defendants in a speedy trial.

The Court orders the status conference rescheduled for November 14, 2013, at 9:00 a.m. The Court orders the time from the date of the parties stipulation, up to and including November 14, 2013, excluded from computation of time within which the trial of this case must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7), and Local Code T4.

IT IS SO ORDERED.
Dated: October 9, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT